[No. 15047-2-I. Division One. August 6, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v.
LARRY MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 83-1-00255-1, Byron L. Swedberg, J.,
entered May 25, 1984. *Affirmed* by unpublished opinion per

Williams, J., concurred in by Ringold, A.C.J., and Swanson, J.